Argued April 24, reversed and remanded June 20, 1978

STATE OF OREGON, *Appellant,*

*v.*

PENNY KAY HOLLAND, *Respondent.*

(No. T 49301, CA 9941)

580 P2d 211

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

J. Michael Alexander, Salem, argued the cause for respondent. With him on the brief was Brown, Burt & Swanson, P.C., Salem.

Before Schwab, Chief Judge, and Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded. *State v. Malpass,* 34 Or App 971, 580 P2d 209 (1978).